## Carlton *v.* The State.

ATKINSON, J. The evidence was insufficient to support the finding of the jury, and the court erred in not granting a new trial upon the ground that the verdict was contrary to law.

*Judgment reversed. All the Justices concurring.*

Argued May 3, — Decided May 19, 1897.

Indictment for keeping a lewd house. Before Judge Berry. Criminal court of Atlanta. March term, 1897.

*Arnold & Arnold, Simmons & Corrigan* and *Harvey Hill,* for plaintiff in error. *J. F. O'Neill, solicitor,* contra.

---

## Butts *v.* The State.

ATKINSON, J. There was no error of law committed upon the trial. The verdict is supported by the evidence, and the trial judge did not err in overruling the defendant's motion for a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued May 3, — Decided May 19, 1897.

Indictment for assault to murder. Before Judge Reese. Hancock superior court. February term, 1897.

*John R. Cooper,* for plaintiff in error.

*R. H. Lewis, solicitor-general,* and *W. H. Burwell,* contra.